JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NOLAN PAUL CYRE, <br><br> Defendant. | NO. CR19-008RSL <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

The defendant, having moved for an extension of the pretrial motions deadline, which is unopposed in this matter, and the Court having concluded that such an extension should be ordered, now, therefore, it is hereby

ORDERED that the time within which to file pretrial motions is hereby extended from February 14, 2019, to February 21, 2019.

DATED this 15th day of February, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by,
s/ *Christopher Sanders*
s/ *Corey Endo*
Assistant Federal Public Defenders
Attorneys for Nolan Paul Cyre

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE
(*Nolan Paul Cyre*; CR19-008RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**