THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOLAN PAUL CYRE,<br><br>Defendant. | No. CR19-008-RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS |

THE COURT has considered Nolan Cyre's unopposed motion to extend the deadline for pretrial motions, and all the records in this case.

IT IS NOW ORDERED that the due date for pretrial motions is extended to June 4, 2019.

DONE this 31st day of May 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher Sanders*
s/ *Corey Endo*
Assistant Federal Public Defenders
Attorneys for Nolan Cyre

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*Nolan Cyre*, CR19-008-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100