UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-008-RSL |
| Plaintiff, | [PROPOSED] |
| v. | |
| NOLAN PAUL CYRE, | **FINAL ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

- Seagate hard drive bearing serial number 5VG9Q4QT.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On September 20, 2019, the Court entered a Preliminary Order of Forfeiture finding the hard drive forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 38);

Final Order of Forfeiture - 1
*United States v. Cyre*, CR19-008-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 42) and provided direct notice to two identified potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exs. A & B); and,
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified hard drive exists in any party other than the United States;

2. The hard drive is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security, Homeland Security Investigations is authorized to dispose of the hard drive as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of December, 2019.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
United States v. Cyre, CR19-008-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2
3
4  /s/ Michelle Jensen
   MICHELLE JENSEN
5  Assistant United States Attorney
   United States Attorney's Office
6  700 Stewart Street, Suite 5220
7  Seattle, WA 98101
   (206) 553-2242
8  Michelle.Jensen@usdoj.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Final Order of Forfeiture - 3
United States v. Cyre, CR19-008-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970