The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOLAN PAUL CYRE,<br><br>Defendant. | NO.  CR19-0008 RSL<br><br>ORDER TO EXTEND TIME TO ANSWER DEFENDANT'S RESTITUTION PAYMENT SCHEDULE MOTION |

This matter having come to the Court's attention on the Government's motion to extend time to file its answer to Defendant's Restitution Payment Schedule Motion, and the Court being fully advised in this matter, finds that good cause has been shown and enters the following order:

IT IS HEREBY ORDERED that the government's answer to Defendant's Restitution Payment Schedule Motion shall be due on April 19, 2024.

DATED this 25th day of March, 2024.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

ORDER TO EXTEND TIME TO ANSWER DEFENDANTS
RESTITUTION PAYMENT SCHEDULE MOTION - 1 *United States v.
Cyre* CR19-0008 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970